UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ZHIYI SHA,                                               Civil No. 07-1308 (RHK/AJB)

        Plaintiff,

    v.                                                     **ORDER DISMISSING CASE**
                                                       **WITH PREJUDICE**
MICHAEL CHERTOFF, Secretary,
Department of Homeland
Security; ALBERTO GONZALES,
Attorney General, U.S.
Department of Justice;
EMILIO GONZALEZ, Director, U.S.
Citizenship and Immigration
Services; ROBERT S. MUELLER,III,
Director of Federal Bureau of
Investigation; DENISE FRAZIER,
St. Paul District Office Director,
USCIS,

        Defendants.
_____

Upon Stipulation of the parties, no hearing being deemed necessary, and for good cause shown, it is hereby **ORDERED** that this case shall be **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 1, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge